IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

ANTONIO IRVING BENJAMIN,

        Defendant.

CR 02-405-RE

OPINION AND ORDER

Kathleen L. Bickers
Assistant United States Attorney
1000 S.W. Third, Suite 600
Portland, Oregon 97204

    Attorney for Plaintiff

Antonio Irving Benjamin
Reg. No. 58564-065
FCI Victorville II
P.O. Box 5700
Adelano, CA 92301

    Defendant Pro Se

REDDEN, Judge:

    The matter before the court is defendant Antonio Irving Benjamin's motion to

reduce sentence. Defendant relies on 18 U.S.C. § 3582(c) and Federal Rule of Criminal Procedure 35 to support his motion.

Under 18 U.S.C. § 3582(c), a court may modify a term of imprisonment only if (1) it receives a motion from the Director of the Bureau of Prisons (18 U.S.C. § 3582(c)(1)(A)); or (2) the modification is permitted under Rule 35 of the Federal Rules of Criminal Procedure (18 U.S.C. § 3582(c)(1)(B)).

Neither the statute or the rule support defendant's motion. No motion for modification has been filed by the Director of the Bureau of Prisons under 18 U.S.C. § 3582(c)(1)(A). As to 18 U.S.C. § 3582(c)(1)(B), Rule 35 of the Federal Rule of Criminal Procedure 35 allows for a reduction of sentence only if (a) the court is correcting a clear error within seven days of sentencing; or (b) the government makes a motion to reduce defendant's sentence for substantial assistance to the government within one year of sentencing.

For the reasons discussed above, defendant's motion (doc. 30) for reduction of sentence is DENIED. All pending motions are DENIED as moot.

IT IS SO ORDERED.

Dated this __5th__ day of January, 2006.


                                               /S/ James A. Redden
                                                James A. Redden
                                        United States District Judge