AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| United States of America ) | FILED'08 APR 24 16:42USDC-ORP |
| v. ) |  |
| Antonio Irving Benjamin ) | Case No: 02-405 RE |
| ) | USM No: 58564-065 |
| Date of Previous Judgment:   10/02/2003 ) | Stephen R. Sady |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   120   months **is reduced to**   100  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   27         Amended Offense Level:   25
Criminal History Category:   V       Criminal History Category:   V
Previous Guideline Range:   120 to 150 months   Amended Guideline Range:   100 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   10/02/2003   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   04.24.08

Effective Date:   _____
(if different from order date)

_____
Judge's signature

Honorable James A. Redden
Printed name and title